**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

WARREN DAVIS JR.,

Plaintiffs,

v. Case No. 2:26-CV-01818-JES-KRH

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated June 2, 2026.

/s/Fethullah Gulen
Fethullah Gulen, Esq.
FL Bar # 1045392
FGulen@Seraphlegal.com
SERAPH LEGAL, P. A.
3505 E. Frontage Rd., Suite 145
Tampa, FL 33607
Tel: 813-567-1230
Fax: 855-500-0705
*Lead Counsel for Plaintiff*