**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**WARREN DAVIS JR.,**

*Plaintiff,*

**v.** **Case No: 2:26-cv-01818-JES-KRH**

**EQUIFAX INFORMATION SERVICES LLC**

*Defendant.*
______________________________________/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services LLC from this case with prejudice.

Dated June 3, 2026,

**SERAPH LEGAL, P. A.**

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar No.: 1045392
FGulen@SeraphLegal.com
Seraph Legal, P. A.
3505 East Frontage Road, Suite 145
Tampa, FL 33607
(813) 567-1230
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3, 2026 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar No.: 1045392