UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WARREN DAVIS, JR.,

Plaintiff,

v. Case No: 2:26-cv-1818-JES-KRH

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

---

**ORDER**

This matter comes before the Court on plaintiff's Notice of Settlement (Doc. #10) filed on June 3, 2026, indicating that the parties reached a settlement. The case will be administratively dismissed pending finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this 5th day of June 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record