UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WARREN DAVIS, JR.,

Plaintiff,

v. Case No: 2:26-cv-1818-JES-KRH

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

---

**ORDER**

On June 5, 2026, the Court entered an Order (Doc. #11) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of July 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record